Mary, Charles, and I are preparing for the Tenure and Appellation of the Serpent Weeden for the next three to six years. In Christ, this Weeden was convicted of the murder of Nadia Oshon. He was acquitted of the attempted murder of Yelkenesh Kumar. And it tells us that she was necessarily convicted of the chain of murder on the year of the murder, because if the jury found intent or knowledge as to this incident, they would have convicted her on the Kumar count, and they did not. Therefore, her intent in offering was essentially to prosecute a case on the murder count. And firstly, I know that the intent of the Weeden is to solve an inconvenient defense, and that there is a great opportunity in Brazil. So, let me see if I can come up with a case that is more conservative. Let's assume for a moment that the defense attorney failed the first part of the trial. I don't think he failed the first part of the trial. He provided an effective assistance. Can you tell me in your view, did the State Courts make a more prejudiced finding in the non-State Court prejudice issue? I'm inquiring to Court of Appeals, Court of Appeal for opinion. It sounds to me that the Court is being prejudiced. They did not get to it. They did not get to it. So, let me ask you, let's say for a moment that you failed the first part of the trial, the first part of the trial, as it were, how, what do we do as the State Court of Appeals to make the Court look at and know about There's no, I don't know if you've seen it in the flyer, but in the first part of the trial, I mean, I never used to see, for example, I mean, on your state, you used to, on your state history, there's substantial human injuries on the verdict on your court. And I'm not, I'm seeing that that is not going to change. Yes, it's, what, what is your, is your burden to demonstrate substantial injuries, factors that just demonstrate that there's a reasonable probability that the verdict will be different. That's the same as 3.5. If the State Court didn't reach it, then, of course, the person in the role is not required. That's, that's an interesting question. And, and, and you can see that when we reached it, and when we went to the, the, the lower standard, which certainly the public is, and, and there's an argument to be made that the, really, this is the only defense. If, if it wouldn't have been done in the first part, certainly, I don't see how any court has ceased to, to intercede for the State Court's determination that there's such a reasonable, strategic decision, right? There's, there's an instance of this, as we argued it today. And, and I think I can demonstrate that by pointing to six pages of the Injury Certificate Record, which is important for, and on pages 30 to 31 of the, of the Injury Certificate Record, the Court of State Court of Appeals quotes the core argument, which the Court of State Court of Appeals core argument, as stated, and there, he states, the defendant is, quote, easily manipulated, easily manipulated, easily manipulated, easily manipulated by other people. She doesn't know what she's doing. That's what the jury heard. Now, after the verdict, the psychologist decided, and her report is presented, and she testified, and she testified that the, the, the ability to understand what other people intend to do in a complex, sensitive situation, and that it had been the case that before her decision, as I understood it in the Court of Appeals, the question is, the, what it said was, the defense counsel had said on the defense that she really wasn't involved, and, and the defense was inconsistent with the defense that she was easily manipulated. And then, the public, the record, or what it's called, the records also did not tell that confidential evidence like the items he chose, and even your questions, even worried client's housing, and client's best friend's child and friend's mother for not recording an evident consideration that was not offered prior to the introduction, including the approach that you give in the investigation. You didn't, they didn't push that probably, right? You still assume that the propertege still had in question rights, the substance and evidences still are in the evaluation, but you assume from the outset that the situation is being manipulated. Mr. Jensen, I just want to reiterate that you are a lawyer, and I just want to reiterate that you are a lawyer, and I know you want to say something that first of all is subjective, but I just want to make an important observation. I mean, when something happens, and this didn't happen in like a short period of time, the plans come down over a period of time, and I can't tell that everyone in the facility, or in the scene, or in the specific office, or in the company, or in the customer, that you're so much interested in the substance, you want to look at the error, you know, am I breaking no paradigms? You know, I don't believe you. And the other thing that was very self-absorbing in part of what I'll be saying in a couple of minutes is that I think every single felony murder person is a victim, and why do you think it was going to go each day? The person driving the vehicle, the person behind the camera, what's going to apply to that? Are they going to be safe? Are they going to be able to talk? I don't know how that's going to differ, but the point is, you know, I think that in the, in the, in the, in the, in the homicide, it's going to differ. It's not what we're talking about. What we're talking about is the possibility that a brawl or an assault is going to occur, and that's the only thing that, that constitutes a case that you, you know, you have to show that there's a case. I think that was the situation in Georgia County in the early 20s and early 30s. Evidence in the record from which it's psychological, it's clearly evidence in Georgia County. I, I hear that you're a city psychologist, but you're stationed in Virginia, in Virginia alone. So that's what we're, what's the job of the federal court in this circumstance? The, the, you know, University of Virginia, the, you know, the state supreme court has, has, you know, the, the federal court authority, they have said that if the state court is, if the county is, if the middle eastern person would come to this conclusion, Let's talk to you, please. that there's a difference between the whole sentence, between asking, I'm sorry, and it's just exclusionary, and, and this, that there's a difference between that and what our psychologists see. That is a good question. If you look at it like this, is it a question, or that there's basically a problem, or is it a question of where to come? If, if the introduction of this evidence requires a court to understand, then there's certainly a, a reasonable problem. The, Oh, 14 year olds. Very, I think you can use the word victims. Some people, um, say, you know, this 14 year old, you know, is a, you know, he's hurting, he's being held, it's up to you, how do you, what do you want to do for him? The fact of the matter is, you know, he was 16, and he was sitting, he's sitting in the living room, these 14 year old girls, and he was screaming for Omar to try to come over there, and he's not asleep, so Omar is 22, so he was 14 years old, and he was being, he was crying, all of a sudden, he was sleeping, he was sleeping. Okay, thank you, that's the first part of the penalty, and it's very difficult, thank you, thank you. Thank you. Good morning. Good morning, good morning.  Good morning. So, I'm going to start out with a question that was asked about, whether or not the student court decision can trust all of the parties from A to B, which are the folks from the west. You've got that in front of you, so we all want to be talking precisely where it was for the decision. On page four, you'll see a page on the court of trust, whether or not the psychologist is willing or not to, to try and be confident in the outcome of this trial. And then on the next page, page 41, the court discusses how the testimony leading to this trial was ineffective in failing to present, but has undermined this decision. Okay, so we have this defense, you see, much according to the facts, that this decision seems to have occurred in the context of, say, an internal administrative decision, not to put it on, and the testimony would have undermined his, so he'd be doing defense, which would be a confused defense. Well, why does the court say, even assuming the counsel was effective, if we're going to see this evidence, we're not going to change the outcome of the case? It doesn't say it would have undermined the defense, but it was a simple defense. So tell me why it says we're not going to change the outcome, why we're not going to change the outcome of the case? Well, the evidence that we know is, at this point, is, perhaps, or at all, is that the case? Well, I mean, that's just the testimony, so go ahead, I'm very thankful. Counselor, can you explain that to us? Well, we've seen everything, but now I'm looking at each of you, so, is there any other question, please, that you'd just like to clarify for me? Normally, I would expect the appellate court to say, on one, if I know it, that it exists. But you failed here to prove to, and, as you've been introduced to, you're going to change the outcome. Well, I mean, this is, here is the amount of assistance, the amount of effective assistance, because, it was a strategic decision, but it's not serious. It appears that Sarah has actually completed full prompt on this case. I mean, she has all this kind of logic. I don't know about that.      that she's doing this all the time, because, I mean, I don't want her to be surprised that she's doing this all the time, because, I don't want her to be surprised that, you know, she made the original appellate decision at the same time, regardless of whether or not, you know, she's protected the system in a way that we can protect the system. I'm more interested to see the next version of the Duke v. Cochran. The Supreme Court has told us that this is an ineffective and unethical case. We've looked at the evidence that's been brought before me, and, put aside that version, I mean, in terms of stringent analysis, what does it mean that you're saying that, is there a reason that probably many of us would make a difference? I haven't seen it here. All I see is court saying, this disreported evidence was the existing evidence, and that was so scary, and it's quite difficult to say if it had been introduced in order to affect the verdict. So, tell me when you see this in court. I mean, I hear about the questions of the court, but what does he say about it? I mean, how does he say that you played it? I don't believe that they did. I mean, I'm not saying that they're wrong, but I think that you agree that it's mostly that's where it's not on the issue. I think that's where the court clearly was to stop being hold of those wrongs and denying the claims, but you've been going with your conclusion marker on the issue. It's pretty much that they're not stated to impact this prejudice across. It's probably even more difficult that
judges: Callahan, Hurwitz, Molloy